GAUSS-SHELTON HAT COMPANY, RESPONDENT, *v.* BOYCE ET AL., APPELLANTS.

DOBSON ET AL., RESPONDENTS, *v.* BOYCE ET AL., APPELLANTS.

[Submitted October 21, 1895.  Decided November 4, 1895.]

See *syllabus* and opinion in *John V. Farwell Co.* v. *Boyce, ante,* page 83.

*Appeal from Second Judicial District, Silver Bow County.*

ACTIONS of replevin.  Judgment in each case was rendered in favor of the plaintiffs below by McHATTON, J.  Affirmed.

*Forbis & Forbis,* for Appellants.

*Corbett & Wellcome,* for Respondents.

PER CURIAM.—These cases are similar to that of *John V. Farwell Co.* v. *Boyce, ante,* page 83.  The three cases were all briefed and argued together, and counsel stated that the decision of one would determine the others.  The judgment and order denying the new trial in these two cases are therefore affirmed.